**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

IN RE PAYMENT CARD INTERCHANGE
FEE AND MERCHANT DISCOUNT
ANTITRUST LITIGATION

This Document Relates To:

                ALL CASES.

DOCKET NO. 05-md-01720 (MKB-JO)

*Document Electronically Filed*

**MOTION TO REMOVE COUNSEL**
**FROM ELECTRONIC CASE FILING**
**NOTIFICATION LIST IN ALL CASES**

        Lawrence S. Lustberg, Esq., of Gibbons, P.C., hereby requests that he be removed from the Electronic Case Filing notification list in the above-referenced cases and, in support of this request, states as follows:

        1.      Counsel represents Keila Ravelo in connection with a federal criminal matter pending in the United States District Court for the District of New Jersey (Case No. 15-576 (KM)).

        2.      Counsel filed a notice of appearance on behalf of Ms. Ravelo in the above-captioned cases so that Ms. Ravelo could intervene on discovery-related matters.

        3.      Ms. Ravelo has now entered a plea in her federal criminal case in the District of New Jersey and has been sentenced. Thus, counsel no longer needs to be notified of filings in the above-captioned cases.

        WHEREFORE, counsel respectfully requests that the docket in these cases be updated so that Lawrence S. Lustberg, Esq. is removed from the Electronic Case Filing notification list and no longer receives notices of electronic filings in the above-captioned cases.